IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BRUD ROSSMANN, )<br>)<br>   Plaintiff, )<br>V. )<br>)<br>MICHAEL POMPEO, Director, )<br>Central Intelligence Agency, )<br>et al., )<br>)<br>   Defendants. )<br>) | Civil Action No. 1:17CV1219 |

ORDER

This matter comes before the Court on the *pro se* Plaintiff's Complaint (Dkt. No. 1), and Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion")(Dkt. No. 2).

A litigant may commence an action in federal court *in forma pauperis* if such litigant files an affidavit, in good faith, stating that he or she is unable to pay the costs of the lawsuit. See 28 U.S.C. § 1915(a). However, 28 U.S.C. § 1915 permits a district court to *sua sponte* dismiss a claim filed *in forma pauperis* if the cause of action is frivolous, or fails to state a claim upon which relief can be granted. See 28 U.S.C. § 1915(e)(B)(i); Neitzke v. Williams, 490 U.S. 319, 324 (1989). An action is frivolous when it lacks an arguable basis either in law or in fact. Neitzke, 490 U.S. at 324. In determining whether to dismiss a complaint as frivolous pursuant

to § 1915(e), "district courts are at liberty to consider any factors that experience teaches bear on the question of frivolo[usness]." Nagy v FMC Butner, 376 F.3d 257 (4th Cir. 2004).

The Plaintiff in his Complaint alleges an incoherent series of allegations against various public servants individually and in their official capacity. The Court finds that these allegations are frivolous, and fail to state a claim upon which relief can be granted. For these reasons, it is hereby

ORDERED that the Plaintiff's IFP Motion is GRANTED for the limited purpose of reviewing, and administratively filing of the Complaint, and it is

FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(B)(i).

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 22, 2018